IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02318-MSK-OES
MARY E. ABBOTT,
    Plaintiff,
v.
CURTIS LEE BEHRENS, individually and
d/b/a CURTIS L. BEHRENS TRUCKING
    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court on the parties' Amended Stipulation for Dismissal with Prejudice **(#17)**, and the Court being duly advised in the premises, hereby orders the following:

1. The parties' Stipulated Motion is GRANTED.

2. This action shall be dismissed, with prejudice, each party to pay its own costs and fees. The Clerk shall close this case.

DATED this 26th day of August, 2005.

                      **BY THE COURT:**

                      */s/ Marcia S. Krieger*

                      Marcia S. Krieger
                      United States District Judge